ORIGINAL

FILED
NOV - 2 2010
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

1 | Elizabeth Rojas, Chapter 13 Trustee
15060 Ventura Blvd., Suite 240
2 | Sherman Oaks, CA 91403
(818) 933-5700  Fax: (818) 933-5755
3
4                    UNITED STATES BANKRUPTCY COURT
                     CENTRAL DISTRICT OF CALIFORNIA
5                    SAN FERNANDO VALLEY DIVISION

ENTERED
NOV 02 2010

6 | IN RE:                            )  CHAPTER 13
                                      )  CASE NO. SV10-21275-GM
7 | Irma Teresa Diaz Rosales          )
                                      )  ORDER DISMISSING CHAPTER 13
                                      )  PETITION DUE TO FAILURE OF
8                                     )  DEBTOR(S) TO APPEAR AT THE 341(a)
                                      )  MEETING OF CREDITORS AND/OR TO
9                                     )  MAKE PRE-CONFIRMATION
                                      )  PAYMENTS
10                                    )
                                      )
11 |              DEBTOR               )

12    Notice of the 341(a) meeting of creditors and initial confirmation hearing date having been duly
13 served by the Clerk of the Court, or the Trustee, upon the debtor(s), and the debtor(s) having failed
   appear at the same and/or having failed to make the required pre-confirmation payments, and good cause
14 appearing, it is therefore,

15    ORDERED:

16    1. That all stay and restraining orders arising under 11 U.S.C. 362(a) and 1301 are vacated and
17 dissolved; and

18    2. That the petition herein is dismissed and all pending motions and adversary proceedings in this
   case are moot and dismissed.
19

20

21                                                    _____
22    Dated: NOV 0 2 2010
                                                      Geraldine Mund
23                                                    U. S. Bankruptcy Judge

24

25

26  OCT 29 2010

27

28

Elizabeth Rojas, Chapter 13 Trustee
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403
(818) 933-5700  Fax: (818) 933-5755

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

IN RE:

Irma Teresa Diaz Rosales

DEBTOR

CHAPTER 13
CASE NO. SV10-21275-GM

**PROOF OF SERVICE BY MAIL**

PROOF OF SERVICE

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA 91403, and that on 10/26/2010 I served the following document(s): ORDER DISMISSING CHAPTER 13 CASE DUE TO FAILURE OF DEBTOR TO APPEAR AND/OR MAKE PRE CONFIRMATION PAYMENTS on all parties in interest listed below, by placing a true copy thereof enclosed in a sealed envelope with postage theron fully prepaid, in the United States Mail addressed as follows:

Irma Teresa Diaz Rosales
7245 Loma Verde Ave
Canoga Park, CA 91303

Ms. Jennifer Braun
Assistant United States Trustee
Department of Justice
21051 Warner Center Lane, #115
Woodland Hills, CA 91367-1367

Executed at Sherman Oaks, California on October 26, 2010.

_Gisele Dorsey_

Gisele Dorsey

Case No. SV10-21275-GM